# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Beverly Lewis Wright

*Plaintiff(s)*

vs. John Potter, Postmaster General
U.S.P.S.
475 L'Enfant Plaza
Wash., D.C. S.W.
20260

*Defendant(s)*

**SUMMONS**

**CIVIL ACTION NO.**

AMD02-4181

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is:

Charles Fineblum, Esq.
10220 S. Dolfield Rd., S. 201
Owings Mills, Md.
21117

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

FELICIA CANNON, CLERK

By: _____
Deputy Clerk

DATE: _April 16, 2003_

U.S. District Court (9/99) - Summons

FILE COPY