## RETURN OF SERVICE

| Service of the Summons and complaint was made by CERTIFIED MAIL(1) | DATE 4/18/03 |
|---|---|
| NAME OF SERVER (PRINT) Charles Fineblum, ESQ. | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where T. DiBiagio, U.S. Attorney 6625 U.S. Courthouse, 101 W. Lombard St. B. Md. 21201

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  4/23/03
Date

Signature of Server _____, ESQ

Address of Server: 10220 S. Dolfield Rd. S201, Owings Mills Md. 21117

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.