## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BEVERLY L. WRIGHT,** | : | |
| **Plaintiff,** | : | |
| v. | : | |
| **JOHN E. POTTER,** | : | Civil No.: AMD-02-4181 |
| **POSTMASTER GENERAL,** | | |
| **UNITED STATES POSTAL SERVICE,** | : | |
| **Defendant.** | : | |

...oOo...

### ORDER

Upon consideration of the Consent Motion for Extension of Time filed by Defendant, it is hereby

ORDERED that the time for Defendant to respond to Plaintiff's Complaint is extended through and including **July 18, 2003**.

Dated:_____      _____
                                                                Andre M. Davis
                                                                United States District Judge