IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BEVERLY LEWIS WRIGHT,** | : | |
| Plaintiff, | : | |
| v. | : | |
| **JOHN E. POTTER,** | : | Civil No. AMD-02-4181 |
| **Postmaster General,** | | |
| **United States Postal Service,** | : | |
| Defendant. | : | |

...oOo...

**DEFENDANT'S MOTION TO DISMISS OR,
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

John E. Potter, Postmaster General of the United States Postal Service, defendant herein, by his attorneys, Thomas M. DiBiagio, United States Attorney for the District of Maryland, and John W. Sippel, Jr., Assistant United States Attorney for said District, hereby moves to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b) or, in the alternative, moves for summary judgment pursuant to Fed. R. Civ. P. 56. Defendant's Memorandum in Support of this Motion and proposed Order are submitted with this Motion.

        Respectfully submitted,

        Thomas M. DiBiagio
        United States Attorney


By:_____/s/_____
        John W. Sippel, Jr.
        Assistant United States Attorney
        Federal Bar No.: 25484
        6625 United States Courthouse
        101 West Lombard Street
        Baltimore, Maryland 21201
        (410) 209-4807
        (410) 962-2310 facsimile

        Attorneys for Defendant, John E. Potter,
        Postmaster General of the United States
        Postal Service


<u>OF COUNSEL</u>:
Kathryn A. Good
United States Postal Service
Capital Metro Law Department
400 Virginia Avenue, S.W., Suite 650
Washington, D.C. 20024-2730