IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BEVERLY LEWIS WRIGHT,** | : | |
| **Plaintiff,** | : | |
| v. | : | |
| **JOHN E. POTTER,** | : | Civil No. AMD-02-4181 |
| **Postmaster General,** | | |
| **United States Postal Service,** | : | |
| **Defendant.** | : | |

...oOo...

## ORDER

Upon consideration of Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment, any opposition filed thereto, and any oral argument held thereon, it is the _____ day of _____, 2003

ORDERED that Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment is GRANTED; and it is further

ORDERED that this case is dismissed with prejudice; and it is further

ORDERED that the CLERK close this case and send copies of this ORDER to the parties and/or their counsel.

_____
The Honorable Andre M. Davis
United States District Judge