IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BEVERLY LEWIS WRIGHT,** | : | |
| **Plaintiff,** | : | |
| v. | : | |
| **JOHN E. POTTER,** | : | Civil No. AMD-02-4181 |
| **Postmaster General,** | | |
| **United States Postal Service,** | : | |
| **Defendant.** | : | |

...oOo...

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit 1, which is an attachment to Defendant's Memorandum in Support of Motion to Dismiss or, in the alternative, for Summary Judgment, exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

Date: July 25, 2003          By:_____/s/_____
John W. Sippel, Jr.
Assistant United States Attorney
Federal Bar No. 25484
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201
(410) 209-4807
(410) 962-2310 facsimile