| U.S. Postal Service | Case No. |
|---|---|
| **Certification** | 4K210013399 |

I have read the foregoing attached statement, consisting of __1__ pages, and it is true and complete to the best of my knowledge and belief. In making this statement, I understand Section 1001, Title 18 of the U.S. Code which states:

"Whoever, in any manner within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, ficticious or fraudulent statements or representation, or makes or uses any false writing or document knowing the same to contain any false, ficticious or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than 5 years, or both."

### Privacy Act Notice / USPS Standards of Conduct

**Privacy Act Notice.** The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C., sections 621 et seq. and 701 et. seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

**USPS Standards of Conduct.** Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

### Oath/Affirmation

Subscribed and (sworn) (affirmed) before me on _____
                                              Month, Day, Year

| EEO Investigator's Signature | Affiant's Signature (Sign in the presence of EEO Investigator) |
|---|---|
| | |

### Declaration

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

(Affiant, sign and date if attached statement was not completed in the presence of the EEO Investigator).

| Affiant's Signature | Date |
|---|---|
| Raymond E Smith | 9/14/99 |

TransFORM PS Form 2571, June 1998                    AFFIDA    Exhibit 2

UNITED STATES POSTAL SERVICE
LUTHERVILLE MD. 21093-9998

EQUAL EMPLOYMENT
BALTO MD. 21233-9411
ATTENTION : JO ANN SIMONS

REFERENCE: BEVERLY WRIGHT , CASE # 4K-210-0133-99

# 3

I am the regular supervisor in charge of mail processing at our office . I am directly responsible for our budget and all clerk's productivity related to letters , flats , parcels . I did not stay in Beverly Wrights work area any longer or shorter than I do with any other employee's work area when I am observing their work habits and productivity . I have too many other responsibilities and make periodical visits to all our work areas . In other areas , productivity would be measured by footage or containers of parcels processed . At the nixie table I may have counted the pieces but I do not recall that . Further , if I had , no discipline or criticism resulted as I recall .

# 4

On the day prior (Tuesday April 13th ) I spoke with Beverly Wright by phone and told her that we would not be able to provide her with any light duty work for Wednesday April 14th and she was not to report to work . She reported to work in spite of my notice . When I approached her about why she was ignoring the notice she did not provide an explanation . I then informed her that she was to leave and if she did not , I would have to call the Postal Police and her escorted off Postal Premises . I did not threaten her with arrest . Through my past training this is S.O.P. for situations like this . If a supervisor instructs you to do something you should do it unless it threatens your safety. You (as an employee ) have avenues to file a grievance , but you should carry it out . In this case she did not .She was told not to report until further notified . Later that day , I met with Union Steward Jim Proctor and she was called in for the following night . No grievance was filed

SINCERELY ,

*Ray Smith*

RAY SMITH
LUTHERVILLE MD. 21093-9998
SUPERVISOR CUSTOMER SERVICE

AFFIDAVITS B

62