U.S. Postal Service
# EEO Complaint of Discrimination in the Postal Service
See Instructions and Privacy Act Statement on Reverse

| 1. Name | 2. SSN | Case No. |
|---|---|---|
| Beverly L. Wright | 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 | 4K210013399 |

| 3. Mailing Address | 4. Home Phone | 5. Work Phone |
|---|---|---|
| 204 Marley Station Road, Glen Burnie MD 21061 | 410 553 9744 | 410 2523056 |

| 6. Position Title (USPS Employees Only) | 7. Grade Level (USPS Employees Only) |
|---|---|
| Distribution Clerk | GS 5 |

| 8. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and ZIP+4) | 9. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory |
|---|---|
| Lutherville-Timonium 21093 | Mike Orsini - Postmaster<br>Ray Smith - Supervisor |

**10. I designate this person to be my representative.**

| a. Name | Title |
|---|---|
| James L. Scott | |

Mailing Address: 5508 Belle Ave Balto MD 21207

| b. Home Phone | c. Work Phone |
|---|---|
| (410) 578-0577 | (410) 909-5265 |

**11. Type of Discrimination Alleged**
- ☒ Race (Specify):
- ☐ Color (Specify):
- ☐ Religion (Specify):
- ☐ National Origin (Specify):
- ☒ Sex (Specify):
- ☐ Age (Specify):
- ☐ Retaliation (Specify Prior EEO Activity):
- ☒ Disability (Specify)

**12. Date on Which Alleged Act of Discrimination Took Place:** Jan - Jun 1999

**13. Explain the specific actions or situation that resulted in your allegation(s) as to how you believe you were discriminated against (treated differently from other employees or applicants) because of race, color, religion, national origin, sex, age, or disability.**

1) Violation of Civil Rights Act of 1964
2) Violation of Rehabilitation Act of 1973
3) Harrasment in the Work Place
4) Improper Use of Medical Records     (SEE ATTACHED)

**14. I received a final interview with an EEO counselor**
☒ Yes (Date of final interview: 06/17/99)
☐ No

**15. Name and Signature of EEO Counselor:** Emily Walpen

**16. Corrective Action Sought**

1) Removal from the current work facility to a new facility as soon as possible
2) Reprimand and Removal of the Postmaster and Supervisor
3) Return of all my sick hours and back pay

**17. Signature of Complainant:** Beverly L. Lewis

**18. Date of This Complaint:**

TransFORM PS Form 2565, June 1998 (Page 1 of 2)

Exhibit 4

U.S. Postal Service

# Notice of Right to File Individual Complaint

| Counselee Name (Last, First, MI) | Informal Case No. |
|---|---|
| Wright, Beverly | 4K210013399 3 w |

This notice will attest to the fact that on __06/17/99__ I advised you of the actions taken concerning the allegation(s) of discrimination which you brought to my attention. If the matters which you raised during the precomplaint processing stage have not been resolved, you have the right to file a formal complaint within 15 calendar days of the date this notice is received. PS Form 2565, EEO Complaint of Discrimination in the Postal Service, is being provided to you for this purpose. The complaint must be in writing, signed by you and delivered to:

> EEO
> 900 E Fayette St Room 395
> Baltimore MD 21233

The complaint will be deemed timely filed if it is delivered in person or postmarked before the expiration of the 15 calendar day filing period, or, in the absence of a legible postmark, if it is received by mail within 5 calendar days of the expiration of the 15-day filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex, national origin, age, disability or retaliation for past EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) Your name, address, position, and level;

-- If you change your address, you have a regulatory requirement to immediately report the change to the EEO Compliance and Appeals Coordinator located in your area. (Employees at Postal Service Headquarters and Headquarters Field Units, and employees of the Inspection Service should notify the EEO Appeals Review Specialist at Postal Service Headquarters.)

(2) The specific action or matter complained of, the date of occurrence, and the names of the official(s) who took the action alleged to be discriminatory;

-- You cannot add matters which were not discussed during counseling.

(3) The specific type of discrimination alleged, e.g., race - black, sex - female, etc.;

-- If you allege disability discrimination, the alleged disability must be more than a temporary condition.

-- If youe allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.

(4) A brief statement of the facts which led you to believe you were discriminated against, and the names of similarly situated individuals whom you believe were treated differently than you.

-- If you allege a failure to accommodate a disability or your religion, you must explain the accommodation sought and why you sought it.

-- If you allege retaliation you must show a connection between the action about which you are complaining and your past EEO activity, and you must show that management was aware that you had engaged in protected activity when the alleged discriminatory action occurred.

(5) The name of the EEO Counselor and the date the Notice of Right to File was received.

## Privacy Act Notice / USPS Standards of Conduct

**Privacy Act Notice.** The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C., sections 621 et seq. and 701 et. seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

**USPS Standards of Conduct.** Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

| Signature of Counselee | Date | Signature of Counselor | Date |
|---|---|---|---|
| Beverly A Lewis | | Emily Wufs | 6/17/99 |

Counselor, If Notice of Right to File is provided to Counselee by mail, it must be sent certified, return receipt requested. Attach signed PS Form 3811, Domestic Return Receipt, to this notice to evidence date of Counselee's receipt.

TransFORM PS Form 2579-A, December 1995

13

B. WRIGHT
4R.2100/3399

ITEM # 13

ADD) 5) IMPROPER AND ABUSIVE TREATMENT WHILE REQUESTING FMLA

6) DENIAL OF AUTHORIZED EMPLOYMENT ⟨IMPROPER⟩

7) CRUEL AND UNUSUAL TREATMENT

———————— NOTHING FOLLOWS ————————

*Beverly L. Lewis*

12

B. WRIGHT
204 Markley Str Rd
Glen Bernie MD
21060

REC'D
JUN 30

Attn: Emily

Equal Employment Opportunity Office
900 E. Fayette St Rm 39.5
Balto, MD. 21233-9411




USA
First-Class Rate