**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **BEVERLY LEWIS WRIGHT,** | : | |
| Plaintiff, | : | |
| v. | : | |
| **JOHN E. POTTER,** | : | Civil No. AMD-02-4181 |
| **Postmaster General,** | | |
| **United States Postal Service,** | : | |
| Defendant. | : | |

...oOo...

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of July, 2003, a copy of Defendant's Notice of Filing of Lengthy Exhibit, Notice of Electronic Filing, and a hard copy of Exhibit 1 to the Memorandum in Support of Defendant's Motion for Summary Judgment were mailed, postage prepaid, to:

> Charles A. Fineblum, Esquire
> 10220 South Dolfield Road, Suite 201
> Owings Mills, Maryland 21117

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney


By:_____/s/_____
John W. Sippel, Jr.
Assistant United States Attorney
Federal Bar No.: 25484
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201
(410) 209-4807
(410) 962-2310 facsimile

Attorneys for Defendant, John E. Potter,
Postmaster General of the United States
Postal Service