IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BEVERLY LEWIS WRIGHT,　　　　　:
　　　Plaintiff　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　　:　　Civil No. AMD 02-4181
　　　　　　　　　　　　　　　　　　　　　:
JOHN E. POTTER, POSTMASTER　 :
GENERAL,　　　　　　　　　　　　　　:
　　　Defendant　　　　　　　　　　　　:

...o0o...

ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 27th day of October, 2003, by the United States District Court for the District of Maryland hereby ORDERED

(1)   That the motion to dismiss or in the alternative for summary judgment is GRANTED; and it is further ORDERED

(2)   That judgment is entered in favor of defendant and against plaintiff; and it is further ORDERED

(3)   That the Clerk shall CLOSE THIS CASE.

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/
　　　　　　　　　　　　　　　　　　　　　　　ANDRÉ M. DAVIS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge